EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2012 TSPR 88 |
|---|---|
| Dario D. Bonet Cedó | 185 DPR ____ |

Número del Caso: TS-6411

Fecha: 21 de mayo de 2012

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Readmisión al ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

DARIO D. BONET CEDÓ

Núm.: **TS-6411**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 21 de mayo de 2012.

Atendida la "Moción de Reconsideración" presentada, se ordena la reinstalación del Lcdo. Darío D. Bonet Cedó al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta está conforme, pero le requeriría tomar curso de repaso de reválida.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo